R. *Ferguson* for petitioner. *Mr. Sidney M. Ehrman* for respondent.

No. 938. FLENIKEN ET UX. *v.* GREAT AMERICAN INDEMNITY CO. ET AL. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William H. Becker* for petitioners. *Mr. Benj. B. Taylor* for respondents.

No. 986. REGAN *v.* KING, REGISTRAR. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. U. S. Webb* and *Hester Webb* for petitioner.

No. 781. SOUTH MERCUR MINING CO. *v.* NEW MERCUR MINING CO. ET AL. May 17, 1943. Petition for writ of certiorari to the Supreme Court of Utah denied. *Messrs. W. Q. Van Cott, Clair M. Senior,* and *Raymond T. Senior* for petitioner. *Messrs. Grover A. Giles* and *J. H. Morgan* for respondents.

No. 898. LOCHMANN *v.* SYKES. May 17, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. Fred Hinkle* for petitioner. *Mr. Joe T. Rogers* for respondent.

No. 903. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* ANGELOS ET AL.; and
No. 904. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* TSAKIRES ET AL. May 17, 1943. Petition for writ